[Nos. 3612–0–III; 3702–9–III;   Division Three.       May 26, 1981.]
    3643–0–III.

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
PAUL MACE, *Appellant.*

*In the Matter of the Personal Restraint of*
RAYMOND PAUL MACE, *Petitioner.*

Appeal from a judgment of the Superior Court for
Benton County, No. 78155, Fred R. Staples, J., entered
June 4, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 3814–II.   Division Two.   May 27, 1981.]

LANCE KENDALL, *Appellant,* v. THE ESTATE OF JAY
ALAN RICE, *Defendant,* PIERCE COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 232200, Stanley W. Worswick, J., entered
December 1, 1978. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 4331–II.   Division Two.   May 27, 1981.]

JAMES LEWIS DAVIS, *Appellant,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 78–2–00105–7, Hewitt A. Henry, J.,
entered May 29, 1979. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Pearson, J.